UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BOSTON, MA

05 11453 NG

MAGISTRATE JUDGE Sorokin

Docket No. _____

AKSEL MYTEVELI,
    Petitioner/Plaintiff

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, CITIZENSHIP SECTION, and
DENIS C. RIORDAN, DISTRICT DIRECTOR,
    Respondents/Defendants

RECEIPT # _____
AMOUNT $250
SUMMONS ISSUED Yes
LOCAL RULE 4.1 ___
WAIVER FORM ___
MCF ISSUED ___
BY DPTY. CLK. TDM
DATE 7/13/05

**PETITION FOR REVIEW
OF AGENCY DECISION DATED MARCH 15, 2005**

    Now comes the Plaintiff, Aksel Myteveli ("Aksel") and, pursuant to the provisions of Chapter 7, of Title 5, United States Code, respectfully Petitions this Honorable Court for a Review of the Decision of the U.S. Citizenship and Immigration Services, Citizenship Section ("C.I.S."), dated March 15, 2005 [Exhibit A] (the "decision").

    This Honorable Court also has jurisdiction to administer oaths of allegiance to the United States and naturalize the Plaintiff, pursuant to Section 316 [8 USC 1427] (f)(2) of the Immigration and Nationality Act ("INA").

As grounds for this Petition, the Plaintiff, Aksel Myteveli, states that he has met the requirement of demonstrating his good moral character for the "statutorily prescribed period", which is: five (5) years, pursuant to INA Section 316(e).

Parties

The Plaintiff is an adult individual, native of Albania, and lawful permanent resident of the United States, currently residing in Sommerville, Massachusetts.

The Defendant United States Citizenship and Immigration Services (a division of the U.S. Department of Homeland Security), is a federal agency, with an office in Boston, Massachusetts, responsible for the processing of immigration-related applications/petitions, and other matters, in the United States; its Citizenship Section is responsible for the processing of applications for Naturalization (for U.S. Citizenship).

The Defendant Denis C. Riordan is the District Director of the C.I.S. in Boston, Massachusetts, and in that capacity, he signed the letter informing the Plaintiff of the agency's decision which is the subject of this Petition for Review.

Facts

The Plaintiff was born on October 4, 1973, in Albania. He has been a

lawful permanent resident of the United States ("green card" holder) since March 29, 1994. [Exhibit B]

On or about October 28, 1994, Aksel entered active duty in the United States Army. He was released from active duty on December 8, 1995. [Exhibit C]

The Respondents, C.I.S., allege that on or about April 22, 1995, the Plaintiff was arrested by the military police for "theft of government property". According to the C.I.S., Plaintiff was placed on probation for six months, and fined $250. On that basis, C.I.S., in 2005, denied the Plaintiff's Application for Naturalization, stating that Plaintiff "failed to demonstrate the requisite good moral character for naturalization". [see Exh. A]

Argument

The C.I.S. in their decision acted arbitrarily, capriciously, and unreasonably; their decision of March 15, 2005 should be overturned or dismissed, and Naturalization, or United States citizenship, should be granted to the Plaintiff by this Honorable Court.

The C.I.S.' decision was unreasonable, arbitrary and capricious based on the following:

1.  As of the date of the decision, it had been almost ten years (twice the "requisite period" of five years) since the incident alleged by the C.I.S. [It

has now been over ten years] Therefore, since the Plaintiff has no other record; he has been over the years, and continues to be, a law-abiding individual and a productive member of society, he has in fact established the requisite good moral character.

2. The incident alleged by the C.I.S. was a matter resorting to the United States' Army's discretion and authority. Pursuant to the Plaintiff's Certificate of Discharge [Exh. C, p. 1], the reason for his "separation" was merely "unsatisfactory performance", and Plaintiff's "Character of Service" was found to be "Honorable".

3. The United States Army, therefore, upon discharging the Plaintiff, was satisfied with his "character of service". The Defendants C.I.S., et al., have no authority and no discretion to substitute their arbitrary judgment to the findings of the United States Army. In addition, the incident alleged by the Defendants happened more than ten years ago. The Plaintiff has demonstrated, over the course of the past ten years (and certainly, during the "statutorily prescribed period" of the past five years), that he is a person of "good moral character".

4. The Plaintiff reserves the right to submit additional evidence of his good moral character to this Honorable Court at trial, or at any time as may this Honorable Court deem appropriate.

Conclusion

Based on the foregoing, the Plaintiff, Aksel Myteveli, prays that this Honorable Court dismiss or overturn the Defendants' arbitrary and capricious decision of March 15, 2005; grant him naturalization as a United States citizen, and administer, and allow him to take, the Oath of Allegiance to the United States of America.

Respectfully submitted,

AKSEL MYTEVELI,
By his Attorney,

Dated: 7/12/05

Ron Meyers, Esquire
B.B.O. #635674
6 Beacon Street, Suite 715
Boston, MA  02108
(617) 523-4100

Certificate of Service

I, Ron Meyers, Esquire, attorney for the Plaintiff, Aksel Myteveli, certify that I have served the within Petition for Review of Decision Dated March 15, 2005, upon the Defendants: United States Citizenship and Immigration Services, its Citizenship Section, and District Director, by, this day, causing a copy of the same to be delivered, via regular mail, to: District Counsel's Office, U.S. D.H.S./C.I.S., Room 425, John F. Kennedy Federal Building, 15 New Sudbury Street, Boston, Massachusetts  02203.

Dated: 7/12/05

Ron Meyers, Esquire


U.S. Citizenship
and Immigration
Services

**DEPARTMENT OF HOMELAND SECURITY
JOHN F. KENNEDY FEDERAL BUILDING
GOVERNMENT CENTER
BOSTON, MA 02203**

Aksel Myteveli  
35 Central Road  
Somerville, MA 02143

Refer to File Number: A44 282 217

Date: 3/15/05

On May 7, 2002, you requested a hearing regarding the decision of your application for naturalization. Your application was denied on April 29, 2002 because you failed to establish eligibility for naturalization pursuant to Section 316(a) of the Immigration and Nationality Act ("the Act") to be a person of good moral character.

You were interviewed on August 15, 2002. After reviewing your case and testimony of August 15, 2002, the Service finds that you still do not meet the requirements for naturalization under Section 316 (a) of the Act, in which you failed to be a person of good moral character.

Section 316(a) of the Act requires in pertinent part that: "…(a) No person, shall be naturalized, unless such applicant…(3) During all the periods referred to in this subsection has been and still is a person of good moral character, attached to the principals of the Constitution of the United States, and well disposed to the good order and happiness of the United States."

Title 8, Code of Federal Regulations, Section 316.10 provides in pertinent part as follows:
> (a) Requirement of good moral character during the statutory period. (1) An applicant for naturalization bears the burden of demonstrating that during the statutorily prescribed period, has been and continues to be a person of good moral character. This includes the period between the examination and the administration of the oath of allegiance…In accordance with section 101(f) of the Act, the Service shall evaluate claims of good moral character on a case-by-case basis taking into account the elements enumerated in this section and the standards of the average citizen in the community of residence. Finding of a lack of good moral character. (2) An applicant shall be found to lack good moral character, if during the statutory period the applicant: (iii) Committed unlawful acts that

EXHIBIT A

adversely reflect upon the applicant's moral character, or was convicted or imprisoned for such acts, although the acts do not fall within the purview of §316.10 (b)(1) or (2).

On April 22, 1995, you arrested by the military police for "Theft of Government Property." You were placed on probation for six months and fined $250.00. You have failed at this time to demonstrate the requisite good moral character for naturalization. Therefore, the denial of your application for naturalization dated April 29, 2002 is affirmed.

You may seek review of this decision in the United States District Court, in accordance with Chapter 7, of Title 5, United States Code, within 120 days of the date of this decision.

Sincerely,

Denis C. Riordan
District Director

cc: Ron Meyers





EXHIBIT B

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES | THIS IS AN IMPORTANT RECORD. SAFEGUARD IT. | ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

## CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

| 1. NAME (Last, First, Middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| MYTEVELI, AKSEL AVDULLA | ARMY/RA | 324 90 7126 |

| 4.a GRADE, RATE, OR RANK | 4.b PAY GRADE | 5. DATE OF BIRTH (YYYYMMDD) | 6. RESERVE OBLIG. TERM. DATE |
|---|---|---|---|
| PV2 | E2 | 19731004 | Year 2002 Month 07 Day 20 |

| 7.a PLACE OF ENTRY INTO ACTIVE DUTY | 7.b HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known) |
|---|---|
| CHICAGO, IL | 426 NORTH SPRING LAGRANGE PARK, IL 60525 |

| 8.a LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8.b STATION WHERE SEPARATED |
|---|---|
| AVRIN BN 1 CO A (AASLT) FC | FT CAMPBELL, KY 42223-5000 |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| USAR CRTLGP (ANLTNG) ARPERCEN, 9700 PAGE BLVD, ST LOUIS MO 63132 | Amount: $ 200,000.00 |

| 11. PRIMARY SPECIALTY | 12. RECORD OF SERVICE | Year(s) | Month(s) | Day(s) |
|---|---|---|---|---|
| 11B10 INFANTRYMAN--0 YRS-9 MOS//NOTHING FOLLOWS | a. Date entered AD This Period | 1994 | 10 | 28 |
| | b. Separation Date This Period | 1995 | 12 | 08 |
| | c. Net Active Service This Period | 0001 | 01 | 11 |
| | d. Total Prior Active Service | 0000 | 00 | 00 |
| | e. Total Prior Inactive Service | 0000 | 00 | 00 |
| | f. Foreign Service | 0000 | 00 | 00 |
| | g. Sea Service | 0000 | 00 | 00 |
| | h. Effective Date of Pay Grade | 1995 | 04 | 28 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
NATIONAL DEFENSE SERVICE MEDAL//ARMY SERVICE RIBBON//NOTHING FOLLOWS

14. MILITARY EDUCATION (Course title, number of weeks and month and year completed)
NONE//NOTHING FOLLOWS

| 15.a MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERAN'S EDUCATIONAL ASSISTANCE PROGRAM | Yes | No X | 15.b HIGH SCHOOL GRADUATE OR EQUIVALENT | Yes X | No | 16. DAYS ACCRUED LEAVE PAID 26 |
|---|---|---|---|---|---|---|

17. MEMBER WAS PROVIDED A COMPLETE DENTAL EXAM AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION | Yes X | No

18. REMARKS
DATA HEREIN SUBJECT TO COMPUTER MATCHING WITHIN DOD OR WITH OTHER AGENCIES FOR VERIFICATION PURPOSES AND DETERMINING ELIGIBILITY OR COMPLIANCE FOR FEDERAL BENEFITS//SUBJECT TO ACTIVE DUTY RECALL, MUSTER DUTY AND/OR ANNUAL SCREENING//BLOCK 6, PERIOD OF DELAYED ENTRY PROGRAM: 19940721-19941027//MEMBER HAS NOT COMPLETED FIRST FULL TERM OF SERVICE//NOTHING FOLLOWS

| 19.a MAILING ADDRESS AFTER SEPARATION (Include Zip Code) | 19.b NEAREST RELATIVE (Name and address - Include Zip Code) |
|---|---|
| 28 NENTORI NO 10 KORCE, AL 00000 | AVDULLA MYTEVELI 28 NENTORI NO 10 KORCE, AL 00000 |

| 20. MEMBER REQUESTS COPY 6 BE SENT TO DIR OF VET AFFAIRS | X Yes | No | 22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature) |
|---|---|---|---|
| 21. SIGNATURE OF MEMBER BEING SEPARATED | | | BILLIE P. WEDDINGTON, GS9, CHIEF, TP |

SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

| 23. TYPE OF SEPARATION | 24. CHARACTER OF SERVICE (Include upgrades) |
|---|---|
| RELEASE FROM ACTIVE DUTY | HONORABLE |

| 25. SEPARATION AUTHORITY | 26. SEPARATION CODE | 27. REENTRY CODE |
|---|---|---|
| AR 635-200, CHAP 13 | LHJ | 3 |

28. NARRATIVE REASON FOR SEPARATION
UNSATISFACTORY PERFORMANCE

| 29. DATES OF TIME LOST DURING THIS PERIOD | 30. MEMBER REQUESTS COPY 4 |
|---|---|
| NONE | Initials |

DD Form 214-AUTOMATED, NOV 88 | Previous editions are obsolete. | MEMBER - 4

EXHIBIT C (page 1 of 3)

# VERIFICATION OF MILITARY EXPERIENCE AND TRAINING

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. SEX | 3. SOCIAL SECURITY NUMBER | 4. PAY GRADE |
|---|---|---|---|
| MYTEVELI AKSEL AVDULLA | M | 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 | E-2 |

| 5. MILITARY SERVICE AND COMPONENT | 6. DATE OF BIRTH (YYMD) | 7. DATE OF INFORMATION (YYMD) |
|---|---|---|
| Army, Reserve | 1973 OCT 04 | 1996 JUN 01 |

| 8. PRIMARY MILITARY OCCUPATION AND TITLE | 9. YEAR(S) IN SERVICE |
|---|---|
| 11B10, Infantryman | 1 |

**10. EXPERIENCE AND TRAINING HISTORY (IN REVERSE CHRONOLOGICAL ORDER)**

PROJECTED DATE OF SEPARATION: FEB 16, 1997

MILITARY EXPERIENCE: PRIVATE, ARMY, RESERVE, MAR 96 - JUN 96 ( 3 months)

---

SERVICE OCCUPATION(S):
   PRIMARY OCCUPATION: 11B, Infantryman, Skill Level 10
   DUTY OCCUPATION:    None
   SECONDARY OCCUP:    None

ADDITIONAL QUALIFICATION(S):
   None.

RELATED CIVILIAN OCCUPATION(S):
   Infantry Unit Leader (DOT 378.137-010)
   Infantry Operations Specialist (DOT 378.367-022)
   Combat Rifle Crewmember (DOT 378.684-014)
   Military Occupations (SOC 9100)

PRIMARY OCCUPATION DESCRIPTION FROM AMERICAN COUNCIL ON EDUCATION:
(Infantryman)
   Leads, supervises, and serves as a member of an infantry unit of 10-20 persons, employing individual weapons, machine guns, and anti-armor weapons in offensive and defensive ground combat.
   SKILL LEVEL 10: Uses individual infantry weapons; lays field wire; performs basic communications functions and operates communication equipment; utilizes camouflage to conceal weapons and personnel; constructs minor fortifications; performs land navigation; performs preventive maintenance on weapons, equipment, and some vehicles; makes verbal reports; administers first aid; operates wheeled vehicles to transport personnel, supplies, and equipment.

CREDIT RECOMMENDATION FROM AMERICAN COUNCIL ON EDUCATION (MOS-11B-004):
(Infantryman)
   (1/90-9/91 only (due to the exclusion of Skill Level 10 from the Self Development Test System and the lack of individual evaluation reports.)) In the vocational certificate category, 3 semester hours in mechanical maintenance. In the lower-division baccalaureate/associate degree category, 1 semester hour in map reading, 1 in first aid, and credit in surveying on the basis of institutional evaluation (10/83).
   (After 10/91) Credit may be granted on the basis of an individual assessment of the student.

| 11. ISSUING OFFICAL | 12. PAGE NUMBER |
|---|---|
| *H. G. Schwab* (signature) | 1 of 5 |

DD Form 2586, NOV 91

EXHIBIT G (page 2)

| 1. LAST NAME - FIRST NAME - MIDDLE NAME | 2. SOCIAL SECURITY NUMBER | 3. DATE OF INFORMATION (YYMD) |
|---|---|---|
| MYTEVELI AKSEL AVDULLA | 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 | 1996 JUN 01 |

4. EXPERIENCE AND TRAINING HISTORY (IN REVERSE CHRONOLOGICAL ORDER)

```
PRIMARY/DUTY OCCUPATION DESCRIPTION FROM AMERICAN COUNCIL ON EDUCATION:
(Infantryman)
   As previously stated.


MILITARY EXPERIENCE: PRIVATE, ARMY, ACTIVE, MAY 95 - JUN 95   ( 1 month)
------------------------------------------------------------------------

SERVICE OCCUPATION(S):
   PRIMARY OCCUPATION: 11B, Infantryman, Skill Level 10
   DUTY OCCUPATION:    11B, Infantryman, Skill Level 10
   SECONDARY OCCUP:    None

ADDITIONAL QUALIFICATION(S):
   None.

RELATED CIVILIAN OCCUPATION(S):
   As previously stated.

PRIMARY/DUTY OCCUPATION DESCRIPTION FROM AMERICAN COUNCIL ON EDUCATION:
(Infantryman)
   As previously stated.


MILITARY EXPERIENCE: PRIVATE, ARMY, ACTIVE, MAR 95 - MAY 95   ( 2 months)
-------------------------------------------------------------------------

SERVICE OCCUPATION(S):
   PRIMARY OCCUPATION: 11B, Infantryman, Skill Level 10
   DUTY OCCUPATION:    11B, Infantryman, Skill Level 10
   SECONDARY OCCUP:    None

ADDITIONAL QUALIFICATION(S):
   None.

RELATED CIVILIAN OCCUPATION(S):
   As previously stated.

PRIMARY/DUTY OCCUPATION DESCRIPTION FROM AMERICAN COUNCIL ON EDUCATION:
(Infantryman)
   As previously stated.


MILITARY EXPERIENCE: PRIVATE, ARMY, ACTIVE, JAN 95 - MAR 95   ( 2 months)
-------------------------------------------------------------------------

SERVICE OCCUPATION(S):
   PRIMARY OCCUPATION: 11B, Infantryman, Skill Level 10
   DUTY OCCUPATION:    None
   SECONDARY OCCUP:    None
```

| 5. INITIALS | 6. PAGE NUMBER |
|---|---|
| [signature] | 3 of 5 |

DD Form 2586, NOV 91        (CONTINUATION)

EXHIBIT C (page 3)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) **Aksel Myteveli v. United States Citizenship and Immigration Services, et al.**

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.
   - [✓] II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
              740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.          for patent, trademark or copyright cases
   - [ ] III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
              315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
              380, 385, 450, 891.
   - [ ] IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
              690, 810, 861-865, 870, 871, 875, 900.
   - [ ] V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.
   **none**

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [✓]
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   YES [✓]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [✓]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME **Ron Meyers, Esq.**
ADDRESS **6 Beacon Street, Suite 715, Boston, MA 02108**
TELEPHONE NO. **617 523-4100**

(CategoryForm.wpd - 5/2/05)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Aksel Myteveli

**DEFENDANTS**
United States Citizenship & Immigration Services, Citizenship Section, and Denis C. Riordan, District Director

(b) County of Residence of First Listed Plaintiff: **Middlesex**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Suffolk**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Ron Meyers, Esq., 6 Beacon St., Suite 715, Boston, MA 02108
(617) 523-4100

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Chapter 7 of Title 5 USC and 8 USC 1427

Brief description of cause:
Petition for Review of Denial by the Defendants of the Plaintiff's Application for Naturalization (US Citizenship)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: 07/12/2005
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____