AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division       District of    Massachusetts

Aksel Myteveli,

V.

United States Citizenship and
Immigration Services, Citizenship
Section; and Denis C. Riordan,
District Director

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11453 NG

TO: (Name and address of Defendant)   Denis C. Riordan, District Director, United States Citizenship and Immigration Services, John F. Kennedy Federal Building, 17th Floor, 15 New Sudbury Street, Boston, MA 02203

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ron Meyers, Esquire
Ron Meyers and Associates
6 Beacon Street, Suite 715
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within __thirty (30)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                              JUL 13 2005

CLERK                                          DATE

(By) DEPUTY CLERK

⍟AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE July 27, 2005 |
| NAME OF SERVER (PRINT) Burton M. Malkofsky | TITLE Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.   15 New Sudbury Street, Room #160, Boston, MA, Served with Exhibits, A,B, C.
Name of person with whom the summons and complaint were left:   Ms. Dorothy Lawire, Person In Charge.

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 27, 2005        *Burton Malkofsky*
                Date                      Signature of Server
                                    Burton M. Malkofsky, Disinterested Person

                                    P.O. Box 339, Weymouth, MA   02188
                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.