AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern Division    District of    Massachusetts

Aksel Myteveli,

V.

United States Citizenship and Immigration Services, Citizenship Section; and Denis C. Riordan, District Director

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 11453 NG

TO: (Name and address of Defendant)  United States Citizenship and Immigration Services, Office of District Counsel, U.S. D.H.S./I.C.E., Room 425, John F. Kennedy Federal Building, 15 New Sudbury Street, Boston, MA 02203

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Ron Meyers, Esquire
Ron Meyers and Associates
6 Beacon Street, Suite 715
Boston, MA 02108

an answer to the complaint which is herewith served upon you, within __thirty (30)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

...AH A. THORNTON    JUL 13 2005

CLERK    DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>July 27, 2005 |
| NAME OF SERVER (PRINT)<br>Burton M. Malkofsky | TITLE<br>Disinterested Person |

Check one box below to indicate appropriate method of service

☒ Served personally upon the third-party defendant. Place where served: 15 New Sudbury Street, Room #160 Boston, MA  Accepted by Ms. Dorothy Lawire, Person In Charge.  Served with Exhibits A,B,C.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $50.00 | TOTAL $50.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 27, 2005     *[signature]*
              Date              Signature of Server
                                Burton M. Malkofsky, Disinterested Person

                                P.O. Box 339, Weymouth, MA  02188
                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.