```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| AKSEL MYTEVELI,            )<br>                            )<br>    Petitioner/Plaintiff,  )<br>                            )<br>v.                          )<br>                            )<br>U.S. CITIZENSHIP AND IMMIGRATION )<br>SERVICES, CITIZENSHIP SECTION, and )<br>DENIS C. RIORDAN, District Director,)<br>                            )<br>    Respondents/Defendants. ) | CIVIL ACTION<br>NO. 05-11453-NG |

**NOTICE OF APPEARANCE**

Please enter my notice of appearance on behalf of the federal defendants.

By their attorneys,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

/s/Christopher Alberto
CHRISTOPHER ALBERTO
Assistant U.S. Attorney
U.S. Attorney's Office
1 Courthouse Way - Suite 9200
Boston, MA  02210
(617) 748-3311

**Certificate of Service**

I hereby certify that on this day I gave notice of the foregoing by mailing a copy of same, postage prepaid, first class mail, to Plaintiff's counsel of record, Ron Meyers, 6 Beacon Street, Suite 715, Boston, MA 02108.

/s/Christopher Alberto

Dated: October 12, 2005