UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKSEL MYTEVELI, )<br>)<br>    Petitioner/Plaintiff, )<br>)<br>v. )<br>)<br>U.S. CITIZENSHIP AND IMMIGRATION )<br>SERVICES, CITIZENSHIP SECTION, and )<br>DENIS C. RIORDAN, District Director,)<br>)<br>    Respondents/Defendants. ) | CIVIL ACTION<br>NO. 05-11453-NG |

**UNITED STATES' MOTION FOR ORDER
EXTENDING TIME TO FILE ANSWER**

The United States respectfully request that the Court enter an order extending time for it to file an answer on or before October 31, 2005. In support, the United States says:

1. The undersigned has today sought information from the United States Citizenship and Immigration Services ("Agency") in order to draft and file an answer. The additional time requested allow the undersign to file an informed answer.

2. While plaintiff Aksel Myteveli did serve summons on the Agency, the record does not indicate that he served summons on the United States Attorney's Office as required by Fed. R. Civ. Proc. Rule 4(i).

Wherefore, the United States respectfully request that the Court enter an order extending time to file an answer until October 31, 2005.

> By their attorneys,
>
> MICHAEL J. SULLIVAN
> UNITED STATES ATTORNEY
>
> /s/Christopher Alberto
> CHRISTOPHER ALBERTO
> Assistant U.S. Attorney
> U.S. Attorney's Office
> 1 Courthouse Way - Suite 9200
> Boston, MA   02210
> (617) 748-3311

**Rule 7.1 Certificate**

The undersigned made several attempts to contact Plaintiff's counsel, Ron Meyers, but was unable to reach him for his assent.

> /s/Christopher Alberto

**Certificate of Service**

I hereby certify that on this day I gave notice of the foregoing Motion for Order Extending Time to File Answer by mailing a copy of same, postage prepaid, first class mail, to Plaintiff's counsel of record, Ron Meyers, 6 Beacon Street, Suite 715, Boston, MA 02108.

> /s/Christopher Alberto

Dated: October 12, 2005