UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                    )
AKSEL MYTEVELI,                      )
                                                    )
    Plaintif,                             )
                                                    )
v.                                                       )
                                                    )   C.A. NO. 05-11453-NG
U.S. CITIZENSHIP AND IMMIGRATION  )
SERVICES, CITIZENSHIP SECTION and,  )
DENIS C. RIORDAN, District Director,   )
                                                    )
    Defendants.                     )
_____)

## JOINT MOTION TO STAY ALL HEARINGS AND FILINGS FOR 120 DAYS

    Now come the Plaintiff, Aksel Myteveli, and the Defendants, jointly, by and through their respective attorneys, and respectfully request that this Honorable Court stay all hearings and required filings in this case for a period of 120 days beginning on this day, November 2, 2005.

    Upon information, the Defendants are in the process of reexamining this matter and the results of such action may render this matter moot.

WHEREFORE, the parties hereto jointly request this Honorable Court to grant a stay of all hearings and filings in the case for a period of 120 days as first requested above.

|  |  |
|---|---|
|  | Respectfully submitted, |
| AKSEL MYTEVELI | MICHAEL J. SULLIVAN<br>U.S. Attorney |
| By:   /s/ Christopher Alberto<br>        Ron Meyers, Esq.<br>        6 Beacon Street, Suite 715<br>        Boston, MA  02108<br>        (617) 523-4100 | By:   /s/ Christopher Alberto<br>        Christopher Alberto,<br>        Assistant U.S. Attorney<br>        John J. Moakley Federal Courthouse<br>        1 Courthouse Way, Suite 9200<br>        Boston, MA  02210<br>        (617) 748-3100 |