UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____   )
                                )
AKSEL MYTEVELI,                 )
                                )
       Plaintiff,               )  C.A. No. 05-cv-11453-NG
                                )
       v.                       )
                                )
U.S. CITIZENSHIP AND IMMIGRATION)
SERVICES, ET AL,                )
       Defendants.              )
_____   )
```

## JOINT STIPULATION FOR DISMISSAL

The parties hereby stipulate to dismissal of this matter because the United States Citizenship and Immigration Service has granted Plaintiff's immigration application.

WHEREFORE, the parties respectfully request that the court dismiss the above captioned proceeding.

                                        Respectfully submitted,

AKSEL MYTEVELI                          MICHAEL J. SULLIVAN
                                        United States Attorney


By: */s/Ron J. Meyers (with permission)*     By: */s/Christopher Alberto*
    RON J. MEYERS                                CHRISTOPHER ALBERTO
    6 Beacon Street, Suite 715                   Assistant U.S. Attorney
    Boston, MA 02108                             John J. Moakley Federal Courthouse
    617-523-4100                                 1 Courthouse Way, Suite 9200
                                                 Boston, MA  02210
                                                 (617) 748-3100

Dated: October 20, 2006

## Certificate of Service

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                 */s/Christopher Alberto*
                 CHRISTOPHER ALBERTO
                 Assistant United States Attorney

Dated: October 20, 2006